IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD T. LEWIS, | No. C 09-04800 SBA (PR) |
| Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| R. K. WONG, | |
| Respondent. | |

Petitioner, a state prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In an Order dated March 5, 2010, after conducting a preliminary review of the petition, the Court found the record did not contain enough information to permit it to ascertain whether his petition was exhausted, stating:

> Because Petitioner states that he has a habeas petition still pending before state court, his present petition appears to be unexhausted for purposes of federal habeas corpus review.  Moreover, it is unclear to this Court whether Petitioner is seeking federal habeas corpus relief based on other grounds for relief currently pending before state court.

(Mar. 5, 2010 Order at 1.)  The Court dismissed the petition and granted Petitioner thirty days to file an amended petition "which clarifie[d] the nature and exhaustion status of all claims which he [sought] to raise in his federal petition," or to suffer dismissal of the petition without prejudice. The Court also noted that Petitioner had paid the filing fee.

More than thirty days have passed, and Petitioner has failed to file an amended petition. Accordingly, this action is DISMISSED without prejudice.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.  The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 4/9/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Lewis4800.Dis-AP.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD T. LEWIS, | Case Number: CV09-04800 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| R.K. WONG et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald T. Lewis P95159
California State Prison - San Quentin
San Quentin, CA 94974

Dated: April 12, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Lewis4800.Dis-AP.frm            2